**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   1

| Case No.: | 15-90353 | Trustee Name: | Kelly M.  Hagan |
|---|---|---|---|
| Case Name: | L'ATTITUDE HOLDINGS LLC | Date Filed (f) or Converted (c): | 11/25/2015 (f) |
| For the Period Ending: | 06/30/2017 | §341(a) Meeting Date: | 01/07/2016 |
| | | Claims Bar Date: | 08/03/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1    105 E Washington St Ste A, Marquette, MI 49855-4317 Waterfront Condiminiums Units 1 & 2 | $750,000.00 | $45,866.44 | | $617,743.81 | FA |
| **Asset Notes:**    p/o 8/9/16, DN48, (Report of sale filed 11/1/16, DN53) | | | | | |
| 2    Chapter 5 Claims                              (u) | $0.00 | $110,000.00 | | $110,000.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                          **Gross Value of Remaining Asset**

| | | | |
|---|---|---|---|
| $750,000.00 | $155,866.44 | $727,743.81 | $0.00 |

**Major Activities affecting case closing:**

| | |
|---|---|
| 08/01/2017 | NOTICE:  MARQUETTE CASE  At closing include order with TFR for Chapter 5 |
| 05/19/2017 | Awaiting resolution of adversary proceeding.  KMH |
| 01/23/2017 | Adminstration on hold while Fournier pursue Range Bank.  KMH |
| 10/18/2016 | Order approving settlement with Range Bank and Nagelkirk entered.  KMH |
| 08/02/2016 | Mediation attempted; engaged in discovery now.  KMH |
| 05/15/2016 | Sale price has been set; adversary proceedings filed.  KMH |
| 04/30/2016 | Attempting to negotiate sale; pursue any chapter 5 claims.  KMH |

**Initial Projected Date Of Final Report (TFR):**    05/01/2018       **Current Projected Date Of Final Report (TFR):**    05/01/2018       /s/ KELLY M. HAGAN

KELLY M. HAGAN

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.** | 15-90353 | | | **Trustee Name:** | Kelly M. Hagan | |
| **Case Name:** | L'ATTITUDE HOLDINGS LLC | | | **Bank Name:** | Bank of Texas | |
| **Primary Taxpayer ID #:** | **-***3656 | | | **Checking Acct #:** | ******3686 | |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | | |
| **For Period Beginning:** | 07/01/2016 | | | **Blanket bond (per case limit):** | $2,000,000.00 | |
| **For Period Ending:** | 06/30/2017 | | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/20/2016 | (1) | Joe Constance | Sale of Real Property, p/o 8/9/16, DN48 (Report of sale filed 11/1/16, DN53) | | 1110-000 | $5,000.00 | | $5,000.00 |
| 06/30/2016 | | Bank of Texas | Account Analysis Fee | | 2600-000 | | $2.07 | $4,997.93 |
| 07/29/2016 | | Bank of Texas | Account Analysis Fee | | 2600-000 | | $8.04 | $4,989.89 |
| 08/31/2016 | | Bank of Texas | Account Analysis Fee | | 2600-000 | | $8.03 | $4,981.86 |
| 09/30/2016 | | Bank of Texas | Account Analysis Fee | | 2600-000 | | $7.75 | $4,974.11 |
| 10/20/2016 | | Marquette County Title Agency | Sale of Real Property, p/o 8/9/16, DN48 (Report of sale filed 11/1/16, DN53) | | * | $555,071.35 | | $560,045.46 |
| | {1} | | Contract Sale Price $615,000, less deposit retained by seller of $5,000 | $610,000.00 | 1110-000 | | | $560,045.46 |
| | | | Settlement Closing Fee $250; Title Insurance $2,236.50; City/County Tax Stamps $676.50; State Tax Stamps 4,612.50; Order Recording Fee $30 | ($7,805.50) | 2500-000 | | | $560,045.46 |
| | | | Delinquent Taxes County of Marquette $18,208.05, City of Marquette $14,045.64 | ($32,253.69) | 2820-000 | | | $560,045.46 |
| | | | Delinquent Condo Dues $17,259 | ($17,259.00) | 4120-000 | | | $560,045.46 |
| | | | Condo Due prorated (7days) | ($354.27) | 4120-000 | | | $560,045.46 |
| | {1} | | Adjustment for County Taxes paid in advance by seller $2,743.81 | $2,743.81 | 1110-000 | | | $560,045.46 |
| 10/31/2016 | (2) | Steven Nagelkirk | Settlement Payment | | 1241-000 | $85,000.00 | | $645,045.46 |
| 10/31/2016 | (2) | Range Bank NA | Settlement Payment | | 1241-000 | $25,000.00 | | $670,045.46 |
| 10/31/2016 | | Bank of Texas | Account Analysis Fee | | 2600-000 | | $8.00 | $670,037.46 |
| 11/30/2016 | | Bank of Texas | Account Analysis Fee | | 2600-000 | | $529.25 | $669,508.21 |
| 12/07/2016 | 1001 | Insurance Partners Agency, Inc. | blanket bond 11/1/16-11/1/17 | | 2300-000 | | $145.04 | $669,363.17 |

**SUBTOTALS** $670,071.35   $708.18

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Page No: 2

| Case No. | 15-90353 | Trustee Name: | Kelly M. Hagan |
| Case Name: | L'ATTITUDE HOLDINGS LLC | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***3656 | Checking Acct #: | ******3686 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 07/01/2016 | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 06/30/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1,077.34 | $668,285.83 |
| 01/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1,078.41 | $667,207.42 |
| 02/28/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $972.47 | $666,234.95 |
| 03/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1,075.10 | $665,159.85 |
| 04/28/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1,038.74 | $664,121.11 |
| 05/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1,071.69 | $663,049.42 |
| 06/30/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1,035.44 | $662,013.98 |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| **TOTALS:** | $670,071.35 | $8,057.37 | $662,013.98 |
| Less: Bank transfers/CDs | $0.00 | $0.00 | |
| **Subtotal** | $670,071.35 | $8,057.37 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| **Net** | $670,071.35 | $8,057.37 | |

| For the period of 07/01/2016 to 06/30/2017 | | For the entire history of the account between 06/16/2016 to 6/30/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $722,743.81 | Total Compensable Receipts: | $727,743.81 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $722,743.81 | Total Comp/Non Comp Receipts: | $727,743.81 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $65,727.76 | Total Compensable Disbursements: | $65,729.83 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $65,727.76 | Total Comp/Non Comp Disbursements: | $65,729.83 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3

| | |
|---|---|
| Case No. | 15-90353 |
| Case Name: | L'ATTITUDE HOLDINGS LLC |
| Primary Taxpayer ID #: | **-***3656 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 07/01/2016 |
| For Period Ending: | 06/30/2017 |

| | |
|---|---|
| Trustee Name: | Kelly M. Hagan |
| Bank Name: | Bank of Texas |
| Checking Acct #: | ******3686 |
| Account Title: | |
| Blanket bond (per case limit): | $2,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| | $670,071.35 | $8,057.37 | $662,013.98 |

| For the period of 07/01/2016 to 06/30/2017 | | For the entire history of the account between 06/16/2016 to 6/30/2017 | |
|---|---|---|---|
| Total Compensable Receipts: | $722,743.81 | Total Compensable Receipts: | $727,743.81 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $722,743.81 | Total Comp/Non Comp Receipts: | $727,743.81 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $65,727.76 | Total Compensable Disbursements: | $65,729.83 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $65,727.76 | Total Comp/Non Comp Disbursements: | $65,729.83 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ KELLY M. HAGAN

KELLY M. HAGAN