UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN
MARQUETTE DIVISION

| In re: | § | Case No. 15-90353-SWD |
|---|---|---|
| | § | |
| L"ATTITUDE HOLDINGS LLC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Kelly M. Hagan, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $613,936.73 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $113,807.08 | | |

3)   Total gross receipts of $727,743.81  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $727,743.81 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $704,133.56 | $915,614.99 | $632,613.27 | $552,684.62 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $113,807.08 | $113,807.08 | $113,807.08 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $14,837.85 | $17,885.00 | $17,885.00 | $32,253.69 |
| General Unsecured Claims (from **Exhibit 7**) | $1,169,258.94 | $871,797.57 | $220,343.14 | $28,998.42 |
| **Total Disbursements** | $1,888,230.35 | $1,919,104.64 | $984,648.49 | $727,743.81 |

4). This case was originally filed under chapter 7 on 11/25/2015. The case was pending for 35 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/08/2018                    By:   /s/ Kelly M. Hagan
                                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 105 E Washington St Ste A, Marquette, MI 49855-4317 Waterfront Condiminiums Units 1 & 2 | 1110-000 | $615,000.00 |
| Chapter 5 Claims | 1241-000 | $110,000.00 |
| Property tax credit for 105 W. Washington Street, Suite A, Marquette, MI, asset 1 | 1290-000 | $2,743.81 |
| **TOTAL GROSS RECEIPTS** | | **$727,743.81** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Francois Fournier | 4110-000 | $0.00 | $283,001.72 | $0.00 | $0.00 |
| 7 | Range Bank | 4110-000 | $553,368.08 | $615,000.00 | $615,000.00 | $535,071.35 |
| | Condo Due prorated (7days) | 4120-000 | $0.00 | $354.27 | $354.27 | $354.27 |
| | Delinquent Condo Dues $17,259 | 4120-000 | $0.00 | $17,259.00 | $17,259.00 | $17,259.00 |
| | Range Bank | 4110-000 | $150,765.48 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$704,133.56** | **$915,614.99** | **$632,613.27** | **$552,684.62** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Kelly M. Hagan, Trustee | 2100-000 | NA | $39,637.19 | $39,637.19 | $39,637.19 |
| Kelly M. Hagan, Trustee | 2200-000 | NA | $95.44 | $95.44 | $95.44 |
| Insurance Partners Agency, Inc. | 2300-000 | NA | $194.26 | $194.26 | $194.26 |
| Settlement Closing Fee $250; Title Insurance $2,236.50; City/County Tax Stamps $676.50; State Tax Stamps 4,612.50; Order Recording Fee | 2500-000 | NA | $7,805.50 | $7,805.50 | $7,805.50 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| $30 | | | | | | |
| Bank of Texas | 2600-000 | | NA | $8,980.62 | $8,980.62 | $8,980.62 |
| Pinnacle Bank | 2600-000 | | NA | $2,394.25 | $2,394.25 | $2,394.25 |
| U.S. Bankruptcy Court - Western District of Michigan | 2700-000 | | NA | $700.00 | $700.00 | $700.00 |
| Beadle Smith, PLC, Attorney for Trustee | 3210-000 | | NA | $47,877.50 | $47,877.50 | $47,877.50 |
| Beadle Smith, PLC, Attorney for Trustee | 3220-000 | | NA | $978.32 | $978.32 | $978.32 |
| A. L. Mitchell & Associates, Accountant for Trustee | 3410-000 | | NA | $1,935.00 | $1,935.00 | $1,935.00 |
| A. L. Mitchell & Associates, Accountant for Trustee | 3420-000 | | NA | $9.00 | $9.00 | $9.00 |
| Appraisal Associates of Marquette, Appraiser for Trustee | 3711-000 | | NA | $3,200.00 | $3,200.00 | $3,200.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | NA | $113,807.08 | $113,807.08 | $113,807.08 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Marquette County Treasurer | 5800-000 | $14,837.85 | $17,885.00 | $17,885.00 | $32,253.69 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $14,837.85 | $17,885.00 | $17,885.00 | $32,253.69 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1A | Francois Fournier | 7100-000 | $340,291.55 | $128,001.72 | $128,001.72 | $28,090.86 |
| 5 | Kendricks, Bordeau, Adamini, Greenlee &#038; Keefe, PC | 7100-000 | $3,488.50 | $3,488.50 | $3,488.50 | $765.57 |
| 6 | Makela, Toutant, Hill ;& Nardi, P.C. | 7100-000 | $10,162.23 | $647.00 | $647.00 | $141.99 |
| 7a | Range Bank | 7100-000 | $0.00 | $88,205.92 | $88,205.92 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | L'Attitude Holdings, LLC | 7100-000 | $794,878.59 | $651,454.43 | $0.00 | $0.00 |
| | O'Dea, Nordeen & Burink, PC | 7100-000 | $20,438.07 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $1,169,258.94 | $871,797.57 | $220,343.14 | $28,998.42 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Exhibit 8

| Case No.: | 15-90353-SWD | Trustee Name: | Kelly M. Hagan |
|---|---|---|---|
| Case Name: | L'ATTITUDE HOLDINGS LLC | Date Filed (f) or Converted (c): | 11/25/2015 (f) |
| For the Period Ending: | 10/8/2018 | §341(a) Meeting Date: | 01/07/2016 |
| | | Claims Bar Date: | 08/03/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  105 E Washington St Ste A, Marquette, MI 49855-4317 Waterfront Condiminiums Units 1 & 2 | $750,000.00 | $45,866.44 | | $615,000.00 | FA |
| **Asset Notes:**  p/o 8/9/16, DN48, (Report of sale filed 11/1/16, DN53) | | | | | |
| 2  Chapter 5 Claims  (u) | $0.00 | $110,000.00 | | $110,000.00 | FA |
| 3  Property tax credit for 105 W. Washington Street, Suite A, Marquette, MI, asset 1  (u) | $2,743.81 | $2,743.81 | | $2,743.81 | FA |

**TOTALS (Excluding unknown value)**          **Gross Value of Remaining Assets**

$752,743.81        $158,610.25              $727,743.81        $0.00

---

**Major Activities affecting case closing:**

| | |
|---|---|
| 07/27/2018 | Dividends paid pursuant to Order for Payment of Dividends. KMH |
| 06/18/2018 | Trustee's Final Report submitted to UST.  KMH |
| 06/13/2018 | Accountant fees paid.  Proceed to close.  KMH |
| 04/02/2018 | NOTICE:  MARQUETTE CASE  At closing include order with TFR for Chapter 5 |
| 03/14/2018 | 2018 Tax Returns filed. DAH |
| 03/05/2018 | 2017 Tax Returns filed.  DAH |
| 12/29/2017 | Proceed to close after payment of accountant.  KMH |
| 10/12/2017 | Review for closing after payment of professional fees.  KMH |
| 07/31/2017 | 2016 Federal tax return (Form 1065) filed on this date. RAH |
| 05/19/2017 | Awaiting resolution of adversary proceeding.  KMH |
| 01/23/2017 | Adminstration on hold while Fournier pursue Range Bank.  KMH |
| 10/18/2016 | Order approving settlement with Range Bank and Nagelkirk entered.  KMH |
| 08/02/2016 | Mediation attempted; engaged in discovery now.  KMH |
| 05/15/2016 | Sale price has been set; adversary proceedings filed.  KMH |
| 04/30/2016 | Attempting to negotiate sale; pursue any chapter 5 claims.  KMH |

| | | |
|---|---|---|
| Initial Projected Date Of Final Report (TFR): | 05/01/2018 | /s/ KELLY M. HAGAN |
| Current Projected Date Of Final Report (TFR): | 09/01/2018 | KELLY M. HAGAN |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No. | 15-90353-SWD | | Trustee Name: | Kelly M. Hagan |
|---|---|---|---|---|
| Case Name: | L'ATTITUDE HOLDINGS LLC | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***3656 | | Checking Acct #: | ******3686 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 11/25/2015 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 10/8/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/20/2016 | (1) | Joe Constance | Sale of Real Property, p/o 8/9/16, DN48 (Report of sale filed 11/1/16, DN53) | 1110-000 | $5,000.00 | | $5,000.00 |
| 06/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $2.07 | $4,997.93 |
| 07/29/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $8.04 | $4,989.89 |
| 08/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $8.03 | $4,981.86 |
| 09/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $7.75 | $4,974.11 |
| 10/20/2016 | | Marquette County Title Agency | Sale of Real Property, p/o 8/9/16, DN48, Report of sale filed 11/1/16, DN53 | * | $555,071.35 | | $560,045.46 |
| | {1} | | Contract Sale Price $610,000.00 $615,000, less deposit retained by seller of $5,000 | 1110-000 | | | $560,045.46 |
| | | | Settlement Closing Fee $(7,805.50) $250; Title Insurance $2,236.50; City/County Tax Stamps $676.50; State Tax Stamps 4,612.50; Order Recording Fee $30 | 2500-000 | | | $560,045.46 |
| | | | Delinquent Taxes County $(32,253.69) of Marquette $18,208.05, City of Marquette $14,045.64 | 5800-000 | | | $560,045.46 |
| | | | Delinquent Condo Dues $(17,259.00) $17,259 | 4120-000 | | | $560,045.46 |
| | | | Condo Due prorated $(354.27) (7days) | 4120-000 | | | $560,045.46 |
| | {3} | | Adjustment for County $2,743.81 Taxes paid in advance by seller $2,743.81 | 1290-000 | | | $560,045.46 |
| 10/31/2016 | (2) | Steven Nagelkirk | Settlement Payment, p/o 10/14/16, DN51 | 1241-000 | $85,000.00 | | $645,045.46 |
| 10/31/2016 | (2) | Range Bank NA | Settlement Payment, p/o 10/14/16, DN51 | 1241-000 | $25,000.00 | | $670,045.46 |
| 10/31/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $8.00 | $670,037.46 |
| 11/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $529.25 | $669,508.21 |
| 12/07/2016 | 1001 | Insurance Partners Agency, Inc. | blanket bond 11/1/16-11/1/17 | 2300-000 | | $145.04 | $669,363.17 |
| 12/30/2016 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1,077.34 | $668,285.83 |
| 01/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1,078.41 | $667,207.42 |
| 02/28/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $972.47 | $666,234.95 |
| 03/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1,075.10 | $665,159.85 |
| 04/28/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1,038.74 | $664,121.11 |
| 05/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1,071.69 | $663,049.42 |
| 06/30/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1,035.44 | $662,013.98 |
| 07/31/2017 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1,068.29 | $660,945.69 |
| 08/25/2017 | | Pinnacle Bank | Transfer Funds | 9999-000 | | $660,945.69 | $0.00 |
| | | | SUBTOTALS | | $670,071.35 | $670,071.35 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |   | |
|---|---|---|---|
| Case No. | 15-90353-SWD | Trustee Name: | Kelly M. Hagan |
| Case Name: | L'ATTITUDE HOLDINGS LLC | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | **-***3656 | Checking Acct #: | ******3686 |
| Co-Debtor Taxpayer ID #: |  | Account Title: | |
| For Period Beginning: | 11/25/2015 | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 10/8/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | **TOTALS:** | $670,071.35 | $670,071.35 | $0.00 |
|  |  | Less: Bank transfers/CDs | $0.00 | $660,945.69 | |
|  |  | **Subtotal** | $670,071.35 | $9,125.66 | |
|  |  | Less: Payments to debtors | $0.00 | $0.00 | |
|  |  | **Net** | $670,071.35 | $9,125.66 | |

| For the period of 11/25/2015 to 10/8/2018 | | For the entire history of the account between 06/16/2016 to 10/8/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $727,743.81 | Total Compensable Receipts: | $727,743.81 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $727,743.81 | Total Comp/Non Comp Receipts: | $727,743.81 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $66,798.12 | Total Compensable Disbursements: | $66,798.12 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $66,798.12 | Total Comp/Non Comp Disbursements: | $66,798.12 |
| Total Internal/Transfer Disbursements: | $660,945.69 | Total Internal/Transfer Disbursements: | $660,945.69 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No. | 15-90353-SWD | | Trustee Name: | Kelly M. Hagan |
|---|---|---|---|---|
| Case Name: | L'ATTITUDE HOLDINGS LLC | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***3656 | | Checking Acct #: | ******0030 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 11/25/2015 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 10/8/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 08/25/2017 | | Bank of Texas | Transfer Funds | 9999-000 | $660,945.69 | | $660,945.69 |
| 09/05/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $240.88 | $660,704.81 |
| 09/26/2017 | 5001 | Appraisal Associates of Marquette | Fee p/o 9/25/17 DN62 | 3711-000 | | $3,200.00 | $657,504.81 |
| 09/26/2017 | 5002 | Range Bank | p/o 9/25/17 DN103 in Adv. Proc. No. 16-99001 | 4110-000 | | $535,071.35 | $122,433.46 |
| 10/03/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $1,032.07 | $121,401.39 |
| 11/02/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $279.79 | $121,121.60 |
| 11/15/2017 | 5003 | Beadle Smith, PLC | Fees p/o 11/13/17 DN70 | 3210-000 | | $47,877.50 | $73,244.10 |
| 11/15/2017 | 5004 | Beadle Smith, PLC | Expenses p/o 11/13/17 DN70 | 3220-000 | | $978.32 | $72,265.78 |
| 12/04/2017 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $161.23 | $72,104.55 |
| 01/08/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $116.40 | $71,988.15 |
| 01/08/2018 | 5005 | Insurance Partners Agency, Inc. | Bond Payment | 2300-000 | | $49.22 | $71,938.93 |
| 02/06/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $116.20 | $71,822.73 |
| 03/05/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $104.75 | $71,717.98 |
| 03/30/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $115.75 | $71,602.23 |
| 04/30/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $111.82 | $71,490.41 |
| 05/28/2018 | 5006 | A. L. Mitchell & Associates | Fees p/o 5/23/18 DN81 | 3410-000 | | $1,935.00 | $69,555.41 |
| 05/28/2018 | 5007 | A. L. Mitchell & Associates | Expenses p/o 5/23/18 DN81 | 3420-000 | | $9.00 | $69,546.41 |
| 05/31/2018 | | Pinnacle Bank | Pinnacle Analysis | 2600-000 | | $115.36 | $69,431.05 |
| 07/27/2018 | 5008 | Kelly M. Hagan | Trustee Compensation | 2100-000 | | $39,637.19 | $29,793.86 |
| 07/27/2018 | 5009 | Kelly M. Hagan | Trustee Expenses | 2200-000 | | $95.44 | $29,698.42 |
| 07/27/2018 | 5010 | U.S. Bankruptcy Court - Western District of | Claim #: ; | 2700-000 | | $700.00 | $28,998.42 |
| 07/27/2018 | 5011 | Francois Fournier | Claim #: 1; | 7100-000 | | $28,090.86 | $907.56 |
| 07/27/2018 | 5012 | Kendricks, Bordeau, Adamini, Greenlee &#038; | Claim #: 5; | 7100-000 | | $765.57 | $141.99 |
| 07/27/2018 | 5013 | Makela, Toutant, Hill ;& Nardi, P.C. | Claim #: 6; | 7100-000 | | $141.99 | $0.00 |

SUBTOTALS   $660,945.69   $660,945.69

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No. | 15-90353-SWD | | Trustee Name: | Kelly M. Hagan |
| Case Name: | L'ATTITUDE HOLDINGS LLC | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***3656 | | Checking Acct #: | ******0030 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 11/25/2015 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 10/8/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  |  |  |
|---|---|---|---|---|
| | TOTALS: | $660,945.69 | $660,945.69 | $0.00 |
| | Less: Bank transfers/CDs | $660,945.69 | $0.00 | |
| | Subtotal | $0.00 | $660,945.69 | |
| | Less: Payments to debtors | $0.00 | $0.00 | |
| | Net | $0.00 | $660,945.69 | |

| For the period of  11/25/2015 to 10/8/2018 | | For the entire history of the account between 08/25/2017 to 10/8/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $660,945.69 | Total Internal/Transfer Receipts: | $660,945.69 |
| | | | |
| Total Compensable Disbursements: | $660,945.69 | Total Compensable Disbursements: | $660,945.69 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $660,945.69 | Total Comp/Non Comp Disbursements: | $660,945.69 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

## FORM 2
### CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No. | 15-90353-SWD | | Trustee Name: | Kelly M. Hagan |
|---|---|---|---|---|
| Case Name: | L'ATTITUDE HOLDINGS LLC | | Bank Name: | Pinnacle Bank |
| Primary Taxpayer ID #: | **-***3656 | | Checking Acct #: | ******0030 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 11/25/2015 | | Blanket bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 10/8/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $670,071.35 | $670,071.35 | $0.00 |

For the period of 11/25/2015 to 10/8/2018

| | |
|---|---|
| Total Compensable Receipts: | $727,743.81 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $727,743.81 |
| Total Internal/Transfer Receipts: | $660,945.69 |
| | |
| Total Compensable Disbursements: | $727,743.81 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $727,743.81 |
| Total Internal/Transfer Disbursements: | $660,945.69 |

For the entire history of the case between 11/25/2015 to 10/8/2018

| | |
|---|---|
| Total Compensable Receipts: | $727,743.81 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $727,743.81 |
| Total Internal/Transfer Receipts: | $660,945.69 |
| | |
| Total Compensable Disbursements: | $727,743.81 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $727,743.81 |
| Total Internal/Transfer Disbursements: | $660,945.69 |

/s/ KELLY M. HAGAN

KELLY M. HAGAN